United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31497** |
| **HUGH P. SHANNONHOUSE,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |

**ORDER
<u>STRIKING PLEADING</u>**
*Resolving ECF No. 41*

The Motion for Relief from Stay filed by U.S. Bank Trust National Association[1] is hereby **STRUCK** for failure to attach a proposed Order pursuant to BLR 9013-1(h).

SIGNED June 26, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 41.