United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Hugh P. Shannonhouse | § | CASE NO.   24-31497 |
| Debtor | § | Chapter 7 |

### AGREED ORDER GRANTING RELIEF FROM STAY
(This Order Resolves Docket # 45)

U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust ("Movant") filed a motion for relief from the automatic stay against Debtor's property commonly described as 2706 Andrew Spring Ln, #528, Spring, TX, 77386 (the "Property"). Movant represents to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shows by Debtor or Debtor's counsel signature below, Debtor has agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay of 11 §§ U.S.C. 362, 1301 to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

Signed: August 06, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**AGREED TO AND APPROVED BY**:

| | |
|---|---|
| */s/ Troy J. Wilson* | */s/ Anthony Schroeder* |
| **Troy J. Wilson** (SBN: 00786356) | Anthony Schroeder, Esq. (SBN: 24106407) |
| Wilson & Asssociates, PLLC | **GHIDOTTI BERGER LLP** |
| 8019 West Grand Parkway South | 16801 Addison Rd, Suite 350 |
| Ste 144 | Addison, TX 75001 |
| Richmond, TX 77407 | Tel: (949) 427-2010 |
| 713-234-7625 | Fax: (469) 713-3194 |
| Email: tjlaw777@yahoo.com | bknotifications@ghidottiberger.com |
| **COUNSEL FOR DEBTOR** | **COUNSEL FOR MOVANT** |

Anthony Schroeder (SBN 24106407)
GHIDOTTI | BERGER LLP
16801 Addison Rd, Suite 350
Addison, TX 75001
Ph: (949) 427-2010
Fax: (469) 713-3194
bknotifications@ghidottiberger.com

Attorney for Secured Creditor,
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.: 24-31497 |
| | ) |
| HUGH P. SHANNONHOUSE, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I am employed in the City of Plano, State of Texas.  I am over the age of eighteen and not a party to the within action.  My business address is: 16801 Addison Rd, Suite 350 Addison, TX 75001.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

I hereby certify that a true and correct copy of ORDER AGREED ORDER GRANTING RELIEF FROM STAY has been forwarded by U.S. Mail, first class postage prepaid, hand delivery, and/or by electronic means on August 6, 2024 to the following parties:

**Debtor**
**Hugh P. Shannonhouse**
2706 Andrew Springs Lane
Spring, TX 77386

**Debtor's Counsel**
**Troy J Wilson**
Wilson & Asssociates, PLLC
8019 West Grand Parkway South
Ste 144
Richmond, TX 77407

**Chapter 7 Trustee**
**Ronald J Sommers**
Ronald Sommers, Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056

**US Trustee**
**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

**Parties Requesting Notice**


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2024 at Addison, TX.

/s/ *Anthony Schroeder*
Anthony Schroder