United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 06, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  Case No.: 24-31497
  Chapter 7

HUGH P. SHANNONHOUSE
    DEBTOR.

  A HEARING ON THIS MOTION
  HAS BEEN SET FOR:

WILMINGTON SAVINGS FUND SOCIETY,
FSB NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS TRUSTEE OF GCAT
2019-RPL1 TRUST
    MOVANT  August 6, 2024
  1:30 P.M.

vs.
HUGH P. SHANNONHOUSE
    RESPONDENT

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AGAINST REAL PROPERTY AT 3930 FEAGAN ST., HOUSTON, TX 77007 AND WAIVER OF 30-DAY HEARING REQUIREMENT FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF GCAT 2019-RPL1 TRUST**

QPWB# TX-003815-23

On July 12, 2024, a Motion for Relief from the Automatic Stay as to Real Property at 3930 Feagan St., Houston, TX 77007 and Waiver of 30-Day Hearing Requirement (the "Motion") was filed by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of GCAT 2019-RPL1 Trust (the "Movant") in the above-referenced case.  The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion for Relief from the Automatic Stay as to Real Property at 3930 Feagan St, Houston, TX 77007 and Waiver of 30-Day Hearing Requirement filed by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of GCAT 2019-RPL1 Trust on July 12, 2024, is hereby **GRANTED** so as to authorize: that the automatic stay is terminated against Movant and the real property located at 3930 Feagan St., Houston, TX 77007; Movant, its successors and/or assigns, are permitted to enforce all rights and remedies available to Movant under the loan documents and Texas law, foreclosure and taking possession of the Property; Movant contacting the Debtors by telephone or written correspondence related to such activities; Movant pursuing any additional state law remedies available to Movant; that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code; that Movant is

QPWB# TX-003815-23

relieved from complying with the requirements set forth in Federal Rule of Bankruptcy Procedure 3002.1 with respect to the Property.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

Signed: August 06, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

Copies Furnished To:

By CM/ECF Receipt:

Troy J Wilson
Wilson & Asssociates, PLLC
8019 West Grand Parkway South
Ste 144
Richmond, TX 77407
Email: tjwlaw777@yahoo.com

Trustee
Ronald J Sommers
Ronald Sommers, Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056
Email: efile@nathansommers.com

U.S. Trustee
US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
Email: USTPRegion07.HU.ECF@USDOJ.GOV

QPWB# TX-003815-23

<u>By First Class Mail</u>:

Hugh P. Shannonhouse
2706 Andrew Springs Lane
Spring, TX 77386

QPWB# TX-003815-23